Renee Choy Ohlendorf (SBN 263939)
rohlendorf@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant GC SERVICES, LP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY THOMAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GC SERVICES, LP,<br><br>　　　　　Defendant. | Case No.<br><br>**DEFENDANT GC SERVICES, LP'S NOTICE OF REMOVAL**<br><br>Courtroom: |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C., sections 1441(a) and 1446, Defendant GC SERVICES, LP ("Defendant") hereby removes to this Court the state action currently pending in the Los Angeles County Superior Court of California, described more fully below:

1.　　On April 3, 2015, a civil action was commenced in the Superior Court of the State of California, in and for the County of Los Angeles, entitled *Tammy Thomas v. GC Services, LP*, and pending under Case No. TC028117.

2.　　In light of the pendency in Los Angeles County, the United States District Court for the Central District of California, Western Division is the proper forum for removal pursuant to 28 U.S.C. §§84(c)(2) and 1441(a).

3.　　The Complaint asserts federal causes of action against Defendant for purported violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et*

*seq.* and violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*, and may be removed to this Court pursuant to 28 U.S.C. §1446(b) because it invokes federal question jurisdiction. Pursuant to 28 U.S.C. 1367(a) and 1441(c), this Court may exercise supplemental jurisdiction over the remaining claim for purported violation of the Rosenthal Fair Debt Collection Practices Act, *California Civil Code* §1788 *et seq.*

4.     On or about April 7, 2015, Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet, true and correct copies of which are collectively attached hereto as **Exhibit A** and incorporated herein by this reference. The aforementioned documents constitute true and correct copies of all process, pleadings and orders served upon Defendant.

5.     This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint was effectuated upon Defendant. It is therefore timely under 28 U.S.C. §1446(b).

DATED:  May 5, 2015                          HINSHAW & CULBERTSON LLP

By: */s/ Renee C. Ohlendorf*
    Renee Choy Ohlendorf
    Attorneys for Defendant GC
    SERVICES, LP

31589023v1 0971631

# EXHIBIT "A"

*4/3/15*
*1:45 pm*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GC SERVICES LP and DOES 1 through 10 Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TAMMY THOMAS
 Plaintiff,

> *FOR COURT USE ONLY*
> *(SOLO PARA USO DE LA CORTE)*
>
> **CONFORMED COPY**
> **ORIGINAL FILED**
> Superior Court of California
> County of Los Angeles
>
> **APR 03 2015**
>
> Sherri R. Carter, Executive Officer/Clerk
> By _____ Deputy
> Anna Olivera

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* Los Angeles Superior Ct.-Compton <br> 200 Compton Blvd., Compton, CA 90220 | **CASE NUMBER:** <br> *(Número del Caso):* **TC028117** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Tammy Thomas 15528 Orange Avenue #2, Paramount, CA 90723 (562)443-0929

| DATE: <br> *(Fecha)* **APR 03 2015** | Clerk, by <br> *(Secretario)* **ANNA OLIVERA** | , Deputy <br> *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**SHERRI R. CARTER**

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☑ as an individual defendant.
2. ☑ as the person sued under the fictitious name of *(specify)*:
   GC Services LP
3. ☐ on behalf of *(specify)*:
   under: ☑ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

**Page 1 of 1**

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 <br> *www.courtinfo.ca.gov* |
|---|---|---|

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**APR 03 2015**

Sherri R. Carter, Executive Officer/Clerk
By_____Deputy
Martin Rico

Tammy Thomas
15528 Orange Avenue #2
Paramount, California, 90723
Telephone: 562-443-0929

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

TAMMY THOMAS,

      Plaintiff,

V.

GC SERVICES LP and DOES 1 through 10 Inclusive

      Defendant(s),

CASE NO: **TC028117**

UNLIMITED CIVIL

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT (FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

**TRIAL BY JURY DEMANDED**

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations by debt collector of the Rosenthal Fair Debt Collection Practices Act, California Civil Code Section §1788-1788.3. Plaintiff is entitled to sue for damages and statutory fees per Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by Rosenthal Fair Debt Collection Practices

1

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT (FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

Act, California Civil Code Section §1788-1788.3 15 U.S.C. §1681p. and the Fair

Debt Collections Act, 15 U.S.C. §§ 1692, et seq. ("FDCPA")

3. California Civil Code 1812.700 (a) In addition to the requirements imposed by

Article 2 (commencing with Section 1788.10) of Title 1.6C, third-party

debt collectors subject to the federal Fair Debt Collection Practices Act (15 U.S.C.

Sec. 1692 et seq.) shall provide a notice to debtors that shall include the following

description of debtor rights:

> *"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair
> Debt Collection Practices Act require that, except under unusual circumstances,
> collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass
> you by using threats of violence or arrest or by using obscene language.
> Collectors may not use false or misleading statements or call you at work if they
> know or have reason to know that you may not receive personal calls at work.
> For the most part, collectors may not tell another person, other than your
> attorney or spouse, about your debt. Collectors may contact another person to
> confirm your location or enforce a judgment. For more information about debt
> collection activities, you may contact the Federal Trade Commission at 1-877-
> FTC-HELP or www.ftc.gov."*
>
> *(b) The notice shall be included with the first written notice initially addressed to
> a California address of a debtor in connection with collecting the debt by the
> third-party debt collector.*
>
> *(c) If a language other than English is principally used by the third-party debt
> collector in the initial oral contact with the debtor, a notice shall be provided to
> the debtor in that language within five working days.*

## FACTUAL ALLEGATIONS

4. Defendant GC SERVICES LP ( hereafter GCS), issued a bill File # 6115666; Citation

#Z278072 in the amount of $800.00 to Plaintiff on January 27, 2015. Plaintiff served a

"Debt Verification Letter" upon defendant on December 17, 2014 to which they did not

provide the requested documentation to validate the debt. **See Exhibit "A"** My direct

2

---

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT
(FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

dispute attempts have been met with an illegal attempt to shift the burden of proof to me. My attempts to dispute the information via the Credit Reporting Agencies have been met by GCS's "verification" of false information.

5. My requests for GCS to provide proof that I owe the debt have been met with additional attempts by GCS to collect the debt.

6. PMS continues to provide several pieces of false information to the <u>major credit reporting agencies</u>. First and foremost, the entire account is invalid and should have been deleted immediately upon GCS's first notice of this. Further, GCS uses many deceptive practices in their reporting including falsifying the nature of the account by stating the terms are "1 month", falsely identifying the account as a "factoring account", falsely labeling the account as an "open" account, providing conflicting and false "date opened" information and providing false "account status".

7. Plaintiff never entered into a consumer credit transaction which a violation 1788. 2(e) The term "consumer credit transaction" means a transaction between a natural person and another person in which property, services or money is acquired on credit by that natural person from such other person primarily for personal, family, or household purposes.

8. Plaintiff never entered into a contract with GCS per 1788.2(i) The term "creditor" means a person who extends consumer credit to a debtor.

### PARTIES

9. Plaintiff, TAMMY THOMAS, is an adult individual residing in Long Beach, California.

3

10. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. §1681a(c) and the Fair Debt Collections Act, 15 U.S.C. §§ 1692, et seq. ("FDCPA")

10. Defendant, GC SERVICES INC, is a California, corporation with a principal place of business at 6330 Gulfton, Houston, TX 77081, erroneous entry on plaintiff credit report as of 1/05/15.

## COUNT I

### VIOLATIONS OF THE CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) - California Civil Code Section 1788-1788.3

14. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

15. The Defendant is in violation to 1788.2(b) The term "debt collection" means any act or practice in connection with the collection of consumer debts.

16. The Defendant is a "debt collector" as defined by 1788.3(c) The term "debt collector" means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection. The term includes any person who composes and sells, or offers to compose and sell, forms, letters, and other collection media used or intended to be used for debt collection, but does not include an attorney or counselor at law. GCS the FDCPA, 15 U.S.C. § 1692a(6)

17. The Plaintiff is entitled to damages as a result of Defendant's violations.

4

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT (FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

# COUNT II

## VIOLATION OF CALIFORNIA CIVIL CODE 1788.2 (j) and FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT DEBT COLLECTOR

18. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

19. GCS is in violation Cal Civ. Code §1788.2(j) The term "consumer credit report" means any written, oral or other communication of any information by a consumer reporting agency bearing on a consumer's creditworthiness, credit standing, credit capacity, character, general reputation, personal characteristics or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for (1) credit or insurance to be used primarily for person, family, or household purposes, or (2) employment purposes, or (3) other purposes authorized under any applicable federal or state law or regulation. The term does not include (a) any report containing information solely as to transactions or experiences between the consumer and the person making the report; (b) any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device; or (c) any report in which a person who has been requested by a third party to make a specific extension of credit directly or indirectly to a consumer conveys his or her decision with respect to that request, if the third party advises the consumer of the name and address of the person to whom the request was made and such person makes the disclosures to the consumer required under any applicable federal or state law or regulation

5

---

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT (FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

20. DEFENDANTS willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

21. GC SERVICES LP willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C.§1681b.

## COUNT III

### VIOLATIONS OF THE <u>FAIR CREDIT REPORTING ACT (FCRA)</u>

22. Section 623(a)(5) of the FCRA requires anyone furnishing information to a consumer reporting agency regarding a delinquent account that has been placed for collection, charged to profit or loss, or subject to any similar action, to provider the consumer reporting agency, not later then 90 days after the furnishing of the information, the month and year of the commencement of the delinquency that immediately preceded the action.

23. In the course of their business, defendants failed to comply with the requirements of Section 623(a)(5) in that, for a period of time, they reported dates of delinquency to credit reporting agencies, including delinquency dates, that were later then the month and year of the commencement of the delinquency.

24. The acts and practices in paragraph 6 constitute violations of Section 623(a)(5) of the FCRA, 15 U.S.C. ‖ 1681s-2(a)(5). Pursuant to Section 621(a)(1) of the FCRA, 15 U.S.C. ‖ 1681s(a)(1), the acts and practices alleged in Paragraph 5 also constitutes unfair or deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. ‖ 45(a)

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT (FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

## COUNT IV
### CIVIL PENALTIES AND INJUNCTIVE RELIEF
### FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

25. Defendants have violated the FCRA as described above, with actual knowledge or knowledge fairly implied on the basis of objective circumstances, as set forth in Section 621(a)(2) of the FCRA, 15 U.S.C. || 1681s(a)(2).  Section 621(a)(2) of the FCRA, 15 U.S.C. || 1681s(a)(2), authorizes the Court to award monetary civil penalties of not more then $2,500 per violation of Section 623(a)(5).  Each instance in which defendants reported a later date then actual delinquency date in violation of Section 623(a)(5) of the FCRA, 15 U.S.C. || 1681s-2(a)(5) since October 1, 1997, the date that Section 623(a)(5) went into effect, constitutes a separate violation of the FCRA for which plaintiff seeks monetary civil penalties under Section 621 of the FCRA, 15 U.S.C. || 1681s.  Injunction seeking immediate court ordered relief from further credit damage.

### COUNT V

### VIOLATIONS OF THE (FDCPA)

26. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

27. The Defendant caused a phone to ring repeatedly with the intent to annoy and harass, in violation of 15 U.S.C. § 1692d(5).

28. The Defendant employed false and deceptive means to collect a debt, in violation of 15 U.S.C. § 1692e(10).

29. The Plaintiff is entitled to damages as a result of Defendant's violations.

7

**WHEREFORE,** Plaintiff is a consumer living in California and a creditor or debt collector

violates the Rosenthal Fair Debt Collection Practices Act, you are entitled to sue them for:

1. $1000 in statutory fees. Plaintiff demands judgment for damages against

    DEFENDANTS pursuant to Cal. Civ. Code 1788 – 1788.3.

2. $3,000 per violation for actual or statutory damages, and punitive damages, attorney's

    fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a) and

    California Civil Code 1785.10 and 15 U.S.C. §§ 1692, et seq. ("FDCPA").

3. $10, 000 General Damages.

4. $15, 000 Punitive Damages.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 30th day of March, 2014

By: *Tammy Thomas*

Tammy Thomas
800 Linden Avenue #31
Long Beach, California, 90813

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT
(FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

## DECLARATION OF Tammy Thomas

I, Tammy Thomas, declare as follows.

1. I am over the age of 18 years. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. There is no known duty to which I caused damages by my breach of a contract and/or statute sworn by a competent fact witness testifying under oath subject to cross examination regarding authenticated evidence. There is law, statute or contract violated by myself.

3. Defendant has no contract with the Plaintiff to pay a debt.

4. My direct dispute attempts have been met with an illegal attempt to shift the burden of proof to me.

5. My attempts to dispute the information via the Credit Reporting Agencies have been met by GCS's "verification" of false information.

6. I initially requested that GCS validate this debt per Debt Verification Letter served December 14, 2014. Debt was never validated.

By _Tammy Thomas_
Tammy Thomas
15528 Orange Avenue #2
Paramount, CA 90723

9

**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT (FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

1
2              **EXHIBIT "A"**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                              10
28
**COMPLAINT FOR VIOLATIONS OF CALIFORNIA ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT (RFDCPA) FAIR CREDIT REPORTING ACT
(FCRA) AND FAIR DEBT COLLECTION PRACTICES ACT AND (FDCPA)**

**NON NEGOTIABLE**

**GC Services Limited Partnership**
**6330 Gulfton**
**Houston, Texas 77081**

File No. 6115666

GC No. 0638714171010347

## DO NOT IGNORE THIS 1st NOTICE

### Debt Validation Letter

#### Notice to Principals is Notice to Agents - Notice to Agent is Notice to Principals.

Dear, GC Services Limited Partnership and all agents, officers, employees, contractors and interested parties,*(doing business as, GC Services)*

Please read the following Notice thoroughly and carefully before responding. It is a notice. It informs you. It means what it says.

Thank you for your statement of December 10, 2014. It has come to my attention that there may be deficiencies in any alleged contract between us. If that is the case, it brings into question the validity of your claim and any contract between us will be NULL and VOID. Therefore, I hereby give you notice that there is a question regarding the validity of any contract between us and you are in a condition of estoppel with regard to your claims. I would be happy to settle any financial obligation I might lawfully owe, as soon as I have received the following documentation below In order to be satisfied that any such contract is valid:

1. Validation of the debt (the actual accounting and full statements for the life of the account);

2. Verification of your claim against me (a sworn affidavit or a hand signed bill);

3. A copy of a lawfully-binding contract between us, showing equal considerations from each party's own resources, and including evidence of intent to contract along with wet-ink signatures from a living man/woman, not an image of a signature made by a printer, which would be considered as fraud

4. Evidence of your loss.

Please note that I am asking for information that will prove the validity of any contract between us. Such validity must be established before any legislation concerning its content can be relevant. You are hereby notified that this is not a request under Section 78 of the Consumer Credit Act 1974 or any other legislation.

I hereby give you ten (10) days to reply to this notice from the date you receive this communication with a notice sent using recorded post and signed under full commercial liability and penalty of perjury, assuring and promising me that all of the replies and details given to the above requests are true, correct and complete and without deception, fraud or mischief.

Your failure to provide all of the aforementioned documentation in the manner described within ten (10) days from the date you receive this communication constitutes your agreement to the following terms:

1. That the debt did not exist in the first place;
OR

2. It has already been paid in full;
AND/OR

3. Any contract was voidable from the start.
AND

4. That you accept liability for any damages I suffer as a result of your actions;

5. That any negative remarks made to a credit reference agency have been removed and that you will so inform me within ten (10) days from the date you receive this communication;

6. You abandon your claim and will pursue this matter no further.

Please be advised that I am keeping a written record of all correspondence in this regard and therefore do not consent to discuss this matter over the telephone. Any future communications must be written, otherwise you are hereby given notice that they will be ignored without dishonour on my part. Any telephone calls regarding this matter, whether by an actual person, or a computerized system, or personal visits; will be deemed harassment and dealt with accordingly.

Any previous acknowledgement by me of any alleged debt is hereby withdrawn as having been obtained under duress.

Please notice that the commonly accepted principles of good faith demand that if you have any reasonable objections to this Notice and Demand, that you immediately state any and all such objections and not harbour any hidden objections with which to surprise me later. Therefore it is my reasonable expectation that should you not offer any specific objections to any part of this Notice and Demand, sent to me by recorded delivery within ten (10) days from your receipt of same, that I may presume your agreement to the above terms.

I will presume silence to mean acquiescence in all these matters.

This is not a complaint or a query and is not to be treated as one.

This is not a request for a statement / agreement and is not to be treated as one.

Do not refer to me as (Mrs), which is a legal fiction and is not me.

December 17, 2014

Yours sincerely, without ill-will, frivolity or vexation and in honour,

By: _____

Tammy Thomas

Agent, Executor, Beneficiary
for MS TAMMY THOMAS™ TRUST

Without Prejudice - Without Recourse - All Rights Reserved
Non-Assumpsit Errors & Omissions Excepted

## PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my business address is 13337 South Street, Cerritos, California 90703.

On December 17, 2014 I served **1st Notice of Debt Validation Letter** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

**GC Services Limited Partnership**
**6330 Gulfton**
**Houston, Texas 77081**

**(BY MAIL)**

I deposited such envelope in the mail at Cerritos, California envelope was mailed with postage thereon fully prepaid.
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Cerritos, California, in the ordinary course of such business.

**(STATE)**          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 17, 2014 at Cerritos, California.


_____

Anthony Rector

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Tammy Thomas<br>15528 Orange Avenue #2<br>Paramount, CA 90723<br>TELEPHONE NO.: 562-443-0929    FAX NO.:<br>ATTORNEY FOR *(Name):* Tammy Thomas | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**APR 03 2015**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____ Deputy<br>Martin Rico |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
    STREET ADDRESS: 200 Compton Blvd
    MAILING ADDRESS:
    CITY AND ZIP CODE: Compton, CA 90220
    BRANCH NAME: South Central District

CASE NAME:
Tammy Thomas vs GC Services LP

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited    ☐ Limited<br>(Amount          (Amount<br>demanded        demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter    ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | TC028117<br><br>JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30) |
| **Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23) | **Real Property**<br>☐ Eminent domain/Inverse<br>    condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26) | ☐ Insurance coverage claims arising from the<br>    above listed provisionally complex case<br>    types (41)<br>**Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort**<br>☑ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11) | ☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition *(not specified above)* (43) |
| **Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Writ of mandate (02)<br>☐ Other judicial review (39) | |

2. This case ☐ is  ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
    factors requiring exceptional judicial management:
    a. ☐ Large number of separately represented parties        d. ☐ Large number of witnesses
    b. ☐ Extensive motion practice raising difficult or novel     e. ☐ Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve                 in other counties, states, or countries, or in a federal court
    c. ☐ Substantial amount of documentary evidence          f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):* Five
5. This case ☐ is  ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 3/30/15

Tammy Thomas
_____
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all**
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. By designating a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

| SHORT TITLE: Tammy Thomas vs GC Services LP | CASE NUMBER |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 1 ___ ☐ HOURS/ ☑ DAYS

Item II. Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> #### Applicable Reasons for Choosing Courthouse Location (see Column C below)
>
> 1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
> 2. May be filed in central (other county, or no bodily injury/property damage).
> 3. Location where cause of action arose.
> 4. Location where bodily injury, death or damage occurred.
> 5. Location where performance required or defendant resides.
> 6. Location of property or permanently garaged vehicle.
> 7. Location where petitioner resides.
> 8. Location wherein defendant/respondent functions wholly.
> 9. Location where one or more of the parties reside.
> 10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 4.<br>1., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4.<br>1., 4.<br>1., 3.<br>1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: Tammy Thomas vs GC Services LP | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| **Contract** | Breach of Contract/ Warranty<br>(06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5. |
| | Collections (09) | ☑ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference<br>☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure<br>☐ A6032  Quiet Title<br>☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

| SHORT TITLE: Tammy Thomas vs GC Services LP | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

| SHORT TITLE: Tammy Thomas vs GC Services LP | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐1. ☑2. ☐3. ☐4. ☑5. ☑6. ☐7. ☐8. ☐9. ☐10. | ADDRESS:<br>15528 Orange Avenue #2 |
|---|---|

| CITY:<br>Paramount | STATE:<br>CA | ZIP CODE:<br>90723 | |
|---|---|---|---|

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ____Compton____ courthouse in the ____South Central____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: **3/30/15**

*Tammy Thomas*
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

**PROOF OF SERVICE**
**Thomas v. GC Services LP**
**USDC Case No.:**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action(s); my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On May 5, 2015, I served the document(s) entitled, **DEFENDANT GC SERVICES, LP'S NOTICE OF REMOVAL** on the interested parties in this action:

Tammy Thomas
15528 Orange Avenue, #2
Paramount, CA  90723
562-443-0929
Plaintiff in Pro Per

(BY MAIL): x enclosed a true and correct copy of the document in a sealed envelope addressed to the persons at the addresses listed on the attached SERVICE/MAILING LIST. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

(BY OVERNIGHT MAIL):          I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the addresses on the attached SERVICE/MAILING LIST. I placed the envelope or package for collection and handling via UPS following our ordinary business practices.   I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

(BY E-MAIL OR ELECTRONIC TRANSMISSION):      Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) listed above to be sent to the persons at the electronic service addresses listed on the attached SERVICE/MAILING LIST.

(BY HAND DELIVERY):          I caused each such envelope(s) to be delivered by hand to the addressee(s) mentioned in the attached SERVICE/MAILING LIST..
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2015, at Los Angeles, California.

_____
Melanie Ingrid Davis

1
PROOF OF SERVICE

31589023v1 0971631