JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GC SERVICES LP and DOES 1 ) <br> through 10 inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: CV 15-3366 DSF (PLAx) <br><br> JUDGMENT |

The Court having granted Defendant GC Services LP's motion to dismiss and plaintiff having failed to file an amended complaint by the date prescribed by this Court,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that GC Services LP recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.   All claims against any remaining DOE Defendants are dismissed with prejudice.

Dated: 7/9/15

Dale S. Fischer
United States District Judge